IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UPHEALTH HOLDINGS, INC., | |
| Petitioner, | |
| v. | Case No. 1-24-cv-3778 |
| GLOCAL HEALTHCARE SYSTEMS PRIVATE LIMITED; DR. SYED SABAHAT AZIM; RICHA SANA AZIM; GAUTAM CHOWDHURY; MELEVEETIL DAMODARAN; KIMBERLITE SOCIAL INFRA PRIVATE LIMITED, | Hon. Sharon J. Coleman<br><br>Magistrate Judge Maria Valdez |
| Respondents. | |

## JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES

Respondents Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Richa Sana Azim, Gautam Chowdhury, and Kimberlite Social Infra Private Limited (the "Glocal Respondents"), and Meleveetil Damodaran (the "Damodaran Respondent" and, together with the Glocal Respondents, "Respondents"), Claimant UpHealth Holdings, Inc. ("Claimant" or "UpHealth"), through their undersigned separate counsel, hereby move this Court for entry of an order granting them leave to file excess pages for (i) the Glocal Respondents' and Damodaran Respondents' respective combined opposition to UpHealth Holdings, Inc.'s Petition to Confirm Foreign Arbitral Award, and cross-motion to vacate the Final Award ("Respondents' Combined Oppositions and Cross-motions"), (ii) UpHealth's combined opposition and reply to Respondents' Combined Oppositions and Cross-motions ("Claimant's Response and Reply") , and (iii) each of the Glocal Respondents' and Damodaran Respondents' respective reply in support of their cross-motion to vacate ("Respondents' Replies on Cross-motion").

In support of this request, the Parties state as follows:

1. UpHealth's Petition concerns an international arbitration award rendered in Chicago, Illinois.

2. While the Parties will make every effort to be as concise as possible in Respondents' Combined Oppositions and Cross-motions, Claimant's Response and Reply, and Respondents' Replies on Cross-motion, they request leave to file excess pages for these three sets of briefs.

3. The Glocal Respondents and the Damodaran Respondent respectfully request that they be permitted to file each of Respondents' Combined Oppositions and Cross-motions, of up to 45 total pages to be split among both sets of Respondents.

4. Claimant respectfully requests that it be permitted to file Claimant's Response and Reply, of up to 35 total pages.

5. The Glocal Respondents and the Damodaran Respondent respectfully request that they be permitted to file Respondents' Replies on Cross-motion, of up to 30 total pages to be split among both sets of Respondents.

WHEREFORE, for the above reasons, the Parties respectfully request this Court to enter an Order granting them leave to file (1) Respondents' Combined Oppositions and Cross-Motions, not to exceed 45 pages in total length to be split among both sets of Respondents; (2) Claimant's Response and Reply, not to exceed 35 pages in total length, and (3) Respondents' Replies on Cross-motion, not to exceed 30 pages in total length to be split among both sets of Respondents.

Dated: June 7, 2024

Respectfully submitted,

/s/ *James E. Berger*  
James E. Berger  
Charlene C. Sun  
Erin Collins  
Ishaan Madaan  
**DLA PIPER LLP (US)**  
1251 Avenue of the Americas  
New York, NY 10020  
Tel: (212) 335-4500  
Fax: (212) 35-4001  
James.Berger@us.dlapiper.com  
Charlene.Sun@us.dlapiper.com  
Erin.Collins@us.dlapiper.com  
Ishaan.Madaan@us.dlapiper.com  

*Attorneys for UpHealth Holdings, Inc.*

/s/ *Wade A. Thomson*  
Wade A. Thomson (Bar ID No. 6282174)  
Andrianna D. Kastanek (Bar ID No. 6286554)  
Ali I. Alsarraf (Bar ID No. 6339931)  
JENNER & BLOCK LLP  
252 N. Clark St.  
Chicago, IL 60654  
wthomson@jenner.com  
akastanek@jenner.com  
aalsarraf@jenner.com  

*Counsel for Respondent Meleveetil Damodaran*

/s/ *Joseph R. Profaizer*  
Joseph R. Profaizer (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street, NW  
Washington, D.C. 20036  
joeprofaizer@paulhastings.com  

Doug Sawyer  
Adam M. Reich  
PAUL HASTINGS LLP  
71 South Wacker Drive Suite 4500  
Chicago, IL 60606  
DougSawyer@paulhastings.com  
AdamReich@paulhastings.com  

Paul R. Genender (admitted *pro hac vice*)  
Conrad Coutinho (*pro hac vice* forthcoming)  
Brian Kay (*pro hac vice* forthcoming)  
PAUL HASTINGS LLP  
600 Travis Street Houston, TX 77002  
paulgenender@paulhastings.com  
conradcoutinho@paulhastings.com  
briankay@paulhastings.com  

Matthew Morantz (*pro hac vice* forthcoming)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, NY 10166  
matthewmorantz@paulhastings.com

*Counsel for Respondents Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Richa Sana Azim, Gautam Chowdhury, and Kimberlite Social Infra Private Limited*